Decided June 10, 2008

STATE OF CONNECTICUT *v.* JEFF BLAKE

The defendant's petition for certification for appeal from the Appellate Court, 106 Conn. App. 345 (AC 27293), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Darcy McGraw,* special public defender, in support of the petition.

*Margaret E. Kelley*, senior assistant state's attorney, in opposition.

Decided June 17, 2008